1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| ROY LARSON, | CIVIL NO. 1:08-CV-01136-GSA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 66[1] days to respond to Plaintiff's Confidential Letter Brief up to and including May 4, 2009. This extension is necessary because the undersigned attorney for the Commissioner inadvertently failed to calendar her response to Plaintiff's Confidential Letter Brief, which was electronically delivered on February 27, 2009.

---

[1] The parties' stipulation referred to "an extension of time of 31 days to respond to Plaintiff's Confidential Letter Brief;" however, the Court notes that the period between February 27, 2009, and May 4, 2009, specifically referred to by the parties, amounts to a total period of 66 days, and thus makes this correction.

1  The parties submit that this matter should now proceed in accordance with the scheduling
2  order issued on August 6, 2008, i.e., Plaintiff shall have 30 days from the date of Defendant's
3  response to her letter brief to file an opening brief with the Court, Defendant shall have 30 days
4  to respond to Plaintiff's opening brief and Plaintiff shall have 15 days to file a reply, if any, to
5  Defendant's responsive brief.

Respectfully submitted,

*/s/ D. James Tree*

Dated: May 4, 2009
D. James Tree
(as authorized via email)
Attorney at Law

Attorney for Plaintiff

Dated: May 4, 2009
LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Elizabeth Firer*

Elizabeth Firer
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

Dated:   **May 4, 2009**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE