```
LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| ROY LARSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:08-CV-01136-GSA<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including August 5, 2009. This request is due to a heavy work load occasioned, in part, by staffing shortages in the Commissioner's regional office. In the months of April and June, 2009, 4 attorneys have departed for other jobs or have been transferred to positions that do not include briefing and another has gone on unexpected and indefinite medical leave. All of the cases assigned to these attorneys have been reassigned, sometimes with little notice, and this has resulted in a unusually heavy work load for the undersigned Special Assistant United States Attorney. In the month of June, she had 11 district court briefs and an appellate brief due; she had four district court briefs due on July 6

alone. Due to this work load, the Commissioner's brief cannot be completed within the original time frame.

The parties submit that this matter should now proceed in accordance with the original scheduling order, i.e., Plaintiff shall have 15 days to file a reply, if any, to Defendant's responsive brief.

Respectfully submitted,

Dated: July 7, 2009

／s/ D. James Tree
_____
D. James Tree
(as authorized via email)
Attorney at Law

Attorney for Plaintiff

Dated: July 7, 2009

LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:       ／s/ Elizabeth Firer
_____
Elizabeth Firer
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **July 8, 2009**          **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE